**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CENTRAL ARKANSAS CONTRACTORS, INC.** **PLAINTIFF**

**v.** **No. 4:25-cv-1252-DPM**

**CITY OF HELENA-WEST HELENA, ARKANSAS; JOSEPH WHITFIELD, Mayor, individually and in his official capacity; JOE ST. COLUMBIA, City Director, individually and in his official capacity; DON ETHERLY, City Director, individually and in his official capacity; ADRIAN MESSINA, City Director, individually and in his official capacity; KYLE MILLER, City Director, individually and in his official capacity; and MONICA DAVIS, City Director, individually and in her official capacity** **DEFENDANTS**

**ORDER**

The Court regrets its delay in addressing this motion. The calendar, and further developments, may have resolved the issues. Defendants' motion doesn't comply with Fed. R. Civ. P. 56(d). On the other hand, an early partial summary judgment for plaintiff would be unusual. Please get any needed additional discovery scheduled now. Given counsel's obligations in other cases, defendants' response is due by 13 November 2026. Motion, *Doc. 16*, granted as specified.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026